OPINIONES PER CURIAM ETC., DESDE

OCTUBRE 31, 1899, HASTA JUNIO 8, 1903.

No. 6. SUCESIÓN TOSSAS *v.* ALVARADO HERMANOS ET AL. —Casación procedente de la Sección 1ª de la Corte Suprema de Justicia. Resuelto en Octubre 31, 1899. Se declaró no haber lugar á admitir el recurso por haber opinado tres abogados que era improcedente, habiendo devuelto los autos el Fiscal con la nota de *visto,* sin interponer el recurso. Abogado de los recurrentes: *Sr. Rossy (Manuel F.)* Abogado del recurrido; *Sr. Cuevillas.*

No. 7. ROSES Y CA. *v.* MARISTANI.—Casación procedente de la Sección 1ª de la Corte de Distrito de Arecibo. Resuelto en Noviembre 22, 1899. Desistido por convenio de las partes. Abogado de los recurrentes: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Acuña (Francisco de P.)*

No. 6. BAYRON *v.* FERNANDEZ Y CA.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Agosto 7, 1900. Desistido á instancias de la parte recurrente. Abogado de los recurrentes: *Sr. Cuevillas.* Abogado de los recurridos: *Sr. Diaz Navarro.*

No. 57. LAGARDERE *v.* ROSSNER ET AL.—Casación procedente de la Corte de Distrito de Ponce. Resuelto en Septiembre 17, 1900. Se declaró desierto el recurso interpuesto

# OPINIONS PER CURIAM, ETC., FROM OCTOBER 31, 1899 TO JUNE 8, 1903.

No. 6. SUCCESSION OF TOSSAS *v.* ALVARADO HERMANOS ET AL.—Appeal in cassation from a judgment rendered by the first section of the Supreme Court. Decided October 31, 1899. It was held that the appeal could not be allowed, because three lawyers were of the opinion that the same did not lie, the Fiscal having returned the record, entering a note to the effect that the same had been *heard*, without taking an appeal. *Mr. Manuel F. Rossy,* for appellant; *Mr. Cuevillas,* for respondent.

No. 7. ROSES & Co. *v.* MARISTANI.—Appeal in cassation from the judgment rendered by the first section of the District Court of Arecibo. Decided November 22, 1899. Withdrawn by agreement of the parties. *Mr. Diaz Navarro,* attorney for appellants. *Mr. Francisco de P. Acuña,* for respondent.

No. 6. BAYRON *v.* FERNÁNDEZ & Co.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided August 7, 1900. Withdrawn by request of appellants. *Mr. Cuevillas,* for appellants. *Mr. Diaz Navarro,* for respondents.

No. 57. LAGARDERE *v.* ROSSNER ET AL.—Appeal in cassation from a judgment rendered by the District Court of Ponce. Decided September 17, 1900. The appeal was

por haber vencido el término del emplazamiento sin haberse mostrado parte la recurrente. Abogado del recurrente: *Sr. Bosch.* Abogado del recurrido: *Sr. Lopez Landrón.*

No. 45. ORDOÑEZ *v.* BOLIVAR.—Casación procedente de la Corte de Distrito de San Juan. Resuelto en Septiembre 22, 1900. Desistido el recurso á instancia de la parte recurrente. Abogado del recurrente: *Sr. Hernández Lopez.* Abogado del recurrido: *Sr. Diaz Navarro.*

No. 1. BELLO *v.* DOITTAN.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Septiembre 28, 1900. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Palacios Rodriguez.*

No. 63. SUCESIÓN MESTRE *v.* BELLVÊ.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Octubre 18, 1900. Se declaró desierto el recurso por no haber comparecido la parte recurrente. Abogado del recurrido: *Sr. Diaz Navarro.*

No. 51. APARICIO *v.* CASALDUC ET AL.—Casación procedente del Juzgado de 1ª Instancia de Utuado. Resuelto en Noviembre 14, 1900. Se declaró desierto el recurso por no haber comparecido la parte recurrente. Abogado del recurrido: *Sr. Palacios Rodriguez.*

No. 64. PERICHI Y ORTIZ *v.* MORAZANI.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en